

NUMBERS 13-20-00064-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOSE ROBERTO VELIZ,                                                                    Appellant,

v.

THE STATE OF TEXAS,                                                                  Appellee.

On appeal from the 63rd District Court
of Val Verde County, Texas.

# ORDER ABATING APPEAL

**Before Chief Justice Contreras and Justices Longoria and Hinojosa**
**Order Per Curiam**

The Court received a letter from court reporter Lisa A. Traslavina indicating she was not the official court reporter for the trial court for the entire pendency of this case. Additionally, this Court was informed the original official court reporter assigned to the trial court is retired and a record has not been requested from him/her.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

In accordance with Texas Rule of Appellate Procedure 34.6(f)(4), the trial court is directed to conduct a hearing to determine if: (1) the appellant has timely requested a reporter's record; (2) without the appellant's fault, a significant exhibit or a significant portion of the court reporter's notes and records has been lost or destroyed or - if the proceedings were electronically recorded - a significant portion of the recording has been lost or destroyed or is inaudible; (3) if the lost, destroyed, or inaudible portion of the reporter's record, or the lost and destroyed exhibit, is necessary to the appeal's resolution; and (4) the lost, destroyed, or inaudible portion of the reporter's record cannot be replaced by agreement of the parties, or the lost or destroyed exhibit cannot be replaced either by agreement of the parties or with a copy determined by the trial court to accurately duplicate with reasonable certainty the original exhibit. *See* TEX. R. APP. P. 34.6(f).

The trial court is directed to forward the record of the proceedings, including any orders and findings, to this Court within sixty (60) days of the date of this order, or to notify this Court within such period indicating a date by which the trial court can comply.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX R. APP. P. 47.2(b).

Delivered and filed the
6th day of April, 2020.